**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                            CASE NO. 3:03cr114/RV

JAMES LEE PRITCHETT

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on  April 6, 2006

Motion/Pleadings:  MOTION for the Court to enter an Order to the Florida Department of Corrections noting that the defendant be released to the US Marshal and be transported to the Federal Bureau of Prisons to finish out his previously imposed federal sentence

Filed by  Defendant        on 3/20/2006      Doc.#  82

RESPONSES:

  United States           on 4/05/2006      Doc.#  83

                          on                Doc.#

____ Stipulated  ____ Joint Pldg.
____ Unopposed  ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Jerry Marbut

LC (1 OR 2)    Deputy Clerk: Jerry Marbut

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  7th  day of  April , 2006, that:*

*(a) The relief requested is DENIED.*
*(b) Florida has primary jurisdiction.*

/s/ *Roger Vinson*

*ROGER VINSON*
*Senior United States District Judge*