**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

vs.                                                              3:03cr114/RV
                                                                 3:06cv284/RV/MD

JAMES LEE PRITCHETT

---

### ORDER

The defendant has filed a motion for certificate of appealabilty (doc. 101) in his appeal of the court's denial of his motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255.  Unless a certificate of appealability is issued, the defendant may not take an appeal from the final order denying Section 2255 relief.  See 28 U.S.C. 2253(c)(1)(B).  Because the defendant has not made a substantial showing of the denial of a constitutional right, and for the reasons set forth in this court's December 27, 2006 order (doc. 94) adopting and incorporating the Magistrate Judge's Report and Recommendation, his request for a certificate of appealability is DENIED.

Defendant has not filed a motion for leave to proceed *in forma pauperis.* He shall therefore pay the $455.00 appellate filing fee within thirty days.

DONE AND ORDERED this 13th day of February, 2007.

/s/ *Roger Vinson*
**ROGER VINSON
SENIOR UNITED STATES DISTRICT JUDGE**